ADAM P. MCMILLEN, ESQ.
State Bar No. 10678
**THE LAW OFFICES OF KARL H. SMITH - RENO**
50 West Liberty Street, Suite 303
Reno, NV 89501
Phone: (775) 329-2116
adam.mcmillen@farmersinsurance.com
Attorney for Defendants,
BRANDON CREASON, KENNETH COOPER,
AND TITAN CONSTRUCTORS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA LOPER, as an individual and on behalf of her son, RODNEY S. LOPER,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDON CREASON, an individual; KENNETH COOPER, an individual; TITAN CONSTRUCTORS, INC., a Nevada Corporation; and, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:18-CV-00140-RCJ-CBC |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, by and through counsel of record, Kurt A. Franke, Esq., and Defendants, by and through counsel of record, Adam P. McMillen, Esq., of The Law Offices of Karl H. Smith - Reno, that the above entitled matter may be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein.

DATED: 10/1, 2018

LAW OFFICES OF KURT A. FRANKE

BY: _____
KURT A. FRANKE, NSBN 4102
Attorney for Plaintiffs
575 Mill Street
Reno, NV 89502
Telephone: (775) 827-6100
Facsimile: (775) 786-1116

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1

DATED: __10-1__, 2018

THE LAW OFFICES OF KARL H. SMITH - RENO

BY: _____
ADAM P. MCMILLEN, ESQ., # 10678
Attorney for Defendants
50 West Liberty Street, Suite 303
Reno, NV 89501
Telephone: (775) 329-2116
Facsimile: (775) 329-2121

## ORDER

IT IS SO ORDERED this 24 day of __October__, 2018. Case number 3:18-CV-00140-RCJ-CBC, is Dismissed, With Prejudice.

_____
DISTRICT JUDGE

Submitted By:

THE LAW OFFICES OF KARL H. SMITH - RENO

_____
Adam P. McMillen, Esq.
50 West Liberty Street, Suite 303
Reno, NV 89501
Attorney for Defendants

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2